# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00288 |
| | ) Assigned To : Harvey, G. Michael |
| DONNELL ROJAS | ) Assign. Date : 3/8/2021 |
| DOB: | ) Description: Complaint w/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 29, 2020 and March 8, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | Knowingly transported or shipped child pornography by any means including by computer; |
| 18 U.S.C. § 2252(a)(4)(B) | Knowingly possessed, or knowingly accessed child pornography with intent to view. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☐ Continued on the attached sheet.

_____
Complainant's signature

Melia Dickinson, Detective, MPD
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of March 2021.

Date: 03/08/2021

_____
Judge's signature

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
Printed name and title