Case: 1:21-mj-00288
Assigned To : Harvey, G. Michael
Assign. Date : 3/8/2021
Description: Complaint w/ Arrest Warrant

## **STATEMENT OF FACTS**

1. The National Center for Missing and Exploited Children ("NCMEC") is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTip ("CT") Line and a Child Victim Identification program. Through the CT Line, Internet Service Providers ("ISPs"), Electronic Service Providers ("ESPs"), and individuals may notify NCMEC about the existence of online child sexual abuse images. NCMEC makes information submitted to the CT Line Child Victim Identification Program available to law enforcement agencies.

2. On April 30, 2020, staff members from Yahoo, Inc at Oath Holdings, LLC (hereafter "OATH") reported to NCMEC that files containing suspected child pornography had been transmitted via email using their servers and the email account petyrmopatis@yahoo.com. The NCMEC CT Report associated with the email account petyrmopatis@yahoo.com contained a total of 42 media files: 18 images and 24 GIF files. Four of the media files had been previously identified and categorized as apparent child pornography by NCMEC, and at least one of the GIF files was identified as being part of the widely known "Daisy's Destruction" series. The files were transmitted via Yahoo Mail on April 29, 2020, at approximately 6:31a.m. (UTC), using IP address 108.31.72.59. OATH also provided NCMEC with the account holder's name, an alternate email address, and a phone number that was associated with this email account. The account name was listed as "Petyr Mopatis," the alternate email address was listed as vmopatis@gmail.com, and the phone number was listed as 202-733-0969.

3. NCMEC utilized an open source IP lookup tool and found that IP address 108.31.72.59 belonged to the ISP MCI Communications / Verizon in the Washington, DC area. NCMEC forwarded the information to the Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force for further investigation.

4. Pursuant to an administrative subpoena served upon Verizon by the Northern Virginia Regional ICAC Task Force, Verizon provided the following subscriber information for the account associated with the IP address which transmitted the child pornography images on April 29, 2020: Subscriber DONNELL ROJAS (hereafter referred to as "ROJAS"); Address 750 Burns Street Southeast in Washington, D.C.; Email address rojasdonnell@gmail.com; and phone numbers 202-751-1226 and 202-575-4499.

5. The Northern Virginia Regional ICAC Task Force also served OATH with an administrative subpoena, requesting subscriber information and IP logs for the email account petyrmopatis@yahoo.com. In response, OATH provided the same account information it provided to NCMEC. Further, the account status was listed as "suspended," with the most recent IP login occurring on April 29, 2020, using IP address 108.31.72.59, the same IP address that was by used by the email account petyrmopatis@yahoo.com to transmit the suspected child pornography files on that date.

6. The Northern Virginia Regional ICAC Task Force forwarded the information to the MPDC ICAC Task Force based upon the location of the IP address at the time it was utilized by the account to send child pornography via email and the Internet.

7. Your affiant has viewed the 42 files which were included in the CT Report made by OATH to NCMEC, and the following is a description of some of these files:

   a. image.2-1 / image.10-1 : These images depict a prepubescent female child with duct tape over her mouth and bindings tying her wrists to her ankles. The child appears to be laying on a bed on top of a denim colored shirt or dress, and she is wearing sneakers and underwear that leaves a portion of her genitals or pubic area exposed. Her legs are spread apart and the way the child is positioned and the way the camera is focused, her vagina and pubic area are visible and appear to be the focal point of the image.

   b. image.23-1 / image.30-1 : These images are "GIFS" which depict an adult man inserting his penis into the vagina of a prepubescent female minor. Based upon the child's facial expression, she appears to be in pain and distress.

   c. image.6-1 / image.14-1: These images are "GIFS" which depict a prepubescent female child, laying on her back with her legs spread apart. And adult man is putting his mouth on the child's vagina. The child appears to be nude from the waist down, and the adult man appears to be clothed.

   d. image.18-1 / image.25-1 : These images depict a prepubescent male child, fully nude, with his penis visible to the camera. An adult man is inserting his penis into the child's anus.

   e. image.33-1 / image.41-1 : These images have "00:23" stamped in the bottom right corner of the screen, suggesting that the images are from a video. The images depict a prepubescent female child laying with her legs open and her genitals exposed. A substance that appears to be semen can be seen on the child's genitals.

8. Administrative subpoenas were served upon google for the accounts vmopatis@gmail.com (the alternate email address associated with petrymopatis@yahoo.com, the account that was used to transport child pornography), and rojasdonnell@gmail.com (the email address provided to Verizon, the ISP providing service to the IP address that was utilized to transmit the child pornography). Information provided by google shows that for the vmopatis@gmail.com email account, "Varys Mopatis" is listed as the account holder's name; 202-751-1226 is listed as the recovery phone number associated with the account; and rojasdonnell@gmail.com is listed as the recovery email address. The information provided by google for rojasdonnell@gmail.com email account lists "Donnell Rojas" as the account holder's name; the alternate and recovery email is listed as drum_line91@yahoo.com; and the same phone number, 202-751-1226, listed as the recovery phone number.

9.  The phone number 202-751-1226 was determined to be a T-Mobile phone number. An administrative subpoena was served upon T-Mobile for subscriber information. The customer name was listed as "Rose Butler"[1] and the billing address was listed as 750 Burns Street Southeast in Washington, D.C.

10. A law enforcement database check of ROJAS revealed that he had been arrested in 2017 for various offenses in Fairfax, Virginia, including indecent exposure and general sexual battery. In a subsequent interview with law enforcement, ROJAS admitted that he exposed himself to women on multiple occasions throughout DC, Maryland, and Virginia. Additionally, ROJAS stated that he had a "pornography addiction."

11. Law enforcement obtained the contents of the email account petyrmopatis@yahoo.com pursuant to a search warrant. After reviewing the contents of the account, your affiant observed that, on April 29, 2020, the individual utilizing this account sent three emails to that same account (from petyrmopatis@yahoo.com to petyrmopatis@yahoo.com). Attached to these emails were 23 photographs and GIFs depicting child erotica and pornography. For example:

   a. On April 29, 2020 at approximately 2:31a.m., an email with the subject "1" was sent from the email account petyrmopatis@yahoo.com to petyrmopatis@yahoo.com. The email contained eight attached images, a description of some of these images is, as follows:
      i. 1.jpeg: This images depicts a prepubescent female child, fully nude. The little girl is shown on her knees. The way the child is positioned and the way the camera is focused, her anus is visible and appears to be the focal point of the image. This image has been previously identified and categorized by NCMEC as child pornography.

---

[1] A search of a law enforcement database revealed a police report which lists Rose Butler and identifies her as the maternal grandmother of ROJAS.

  ii. 2.JPG: This image has the numbers "00:23" stamped in the bottom right corner, suggesting that the image is from a video. This image depicts a prepubescent female child, laying on her back on a bed, with her legs open and genitals exposed. The child is nude from the waist down, and substance that appears to be semen can be seen on the child's genitals.

  iii. 26gjcg.gif: This is a gif which depicts an adult man's penis penetrating the vagina of a prepubescent female child.

  iv. D5wUE4S.gif: This is a gif that depicts a prepubescent female child, with her mouth on the penis of an adult man. The caption "cbaby7" is visible on the bottom of the gif.

b. On April 29, 2020, at approximately 2:35 a.m., an email with the subject "2" was sent from the email account petyrmopatis@yahoo.com to petyrmopatis@yahoo.com. The email contained 7 attachments, 6 of which contained visual depictions of children being sexually abused. A description of some of these images is, as follows:

  i. 4(1).jpg:  This image depicts a prepubescent male child, fully nude, with his penis visible to the camera. An adult man can be seen inserting his penis into the child's anus.

  ii. EJcU3ITN_o.gif: This is a gif, depicting a nude prepubescent female child, laying supine on a bed. An adult man can be seen placing his mouth on the child's vagina, while he uses he hands to spread the child's legs apart.

  iii. vhhIqmpR_o.gif: This is a gif which depicts an adult man inserting his penis into the vagina of a prepubescent female child. Based upon the child's facial expression, she appears to be in pain and distress.

c. On April 29, 2020 at approximately 2:37 a.m., an email with the subject "3" was sent from the email account petyrmopatis@yahoo.com

to petyrmopatis@yahoo.com. The email contained 8 attachments. A description of some of these attachments is, as follows:

i. Yung thot5.JPG: This image depicts a prepubescent female child, laying on a bed wearing an article of clothing that is open in the front. The child's underwear does not cover her genitals. The child is shown with duct tape over her mouth, and duct tape binding her wrists to her ankles, forcing her legs to be bent and open, exposing her nude genitals.

ii. jAAnbtai_o.gif: This is a gif, which shows an adult man's penis penetrating the anus of a prepubescent female child.

iii. k7gFVKL.gif: This is a gif, which shows a prepubescent child, fully nude. The child is being suspended upside down over a table. The child has her mouth covered with duct-tape. An adult woman can be seen, fully naked. She is penetrating the child's vagina with an unknown object.[2]

iv. lgTXUrBG_o.gif: This gif depicts a prepubescent female child, fully nude. Her ankles appear to be bound to some sort of metal rod. There is a woman in the gif, shown naked from the waist up, who can be seen slapping the child's genitalia and buttocks.[3]

12. In addition to the emails and the attachments described above, the search warrant returns also contained several emails from Paypal that contained records of various transactions. For example, in an email received by the petyrmopatis@yahoo.com email account on May 23, 2019, at approximately 11:46 p.m., the Paypal user's address,

---

[2] This gif is part of the known child pornography series named "Daisy's Destruction." The series is a collection of videos featuring the brutal torture and rape of multiple children, including infants as young as 18 months old. The producer of these child sexual abuse and torture materials is in prison in Australia, and is facing the death penalty.
[3] This gif is also part of the "Daisy's Destruction" series.

that was associated with the email account petyrmopatis@yahoo.com, was listed as 750 Burns Street, Southeast in Washington, D.C. Another Paypal invoice, received by the petyrmopatis@yahoo.com email account on May 23, 2019, at approximately 11:48 p.m., indicated that a Premium Key for MegaUpload[4] had been purchased for the email account rojasdonnell@gmail.com.

13. On March 4, 2021, Magistrate Judge Zia M. Faruqui of the District Court for the District of Columbia issued a warrant to search ROJAS's residence on Burns Street Southeast and devices found therein.

14. On March 8, 2021, law enforcement executed the residential/devices search warrant, during which they encountered ROJAS. ROJAS admitted that the rojasdonnell@gmail.com and drum_line91@yahoo.com email accounts—recovery email addresses linked to the account used to transport child pornography through other recovery email addresses, as described above—belonged to him. He denied having any other email addresses. ROJAS said that no one else had access to his two email accounts, and that he believed someone must have hacked him. Law enforcement asked when his "other" email account had been suspended, to which he did not respond. Law enforcement advised ROJAS that they were seizing his devices and would review them. They further advised that their task force focuses on crimes involving the exploitation of children. At one point, ROJAS told his grandmother, who was present during the execution of the search warrant, that law enforcement had made a

---

[4] MegaUpload.Hosting is a file hosting provider offering online storage/remote backup capacity and sophisticated uploading and downloading tools. With MegaUpload Premium Key, a user can host files, images, videos, audio, and flash on the same location. Based upon my training and experience, I know that megaupload is one platform in which individuals interested in material depicting the sexual exploitation of children commonly use to access and trade child pornography.

mistake. When asked what he meant by that, ROJAS told investigators that he "didn't do it" and "it wasn't me."

15. During a search of ROJAS's bedroom, law enforcement found a laptop computer connected to an external hard drive. Preliminary forensic analysis of the hard drive revealed an encrypted bit locker containing several videos and images depicting prepubescent female children being sexually abused. For example, there were several images of prepubescent female children: (1) with their legs spread and their vaginas visible; and (2) with their lips on an erect penis. In addition, a thumbnail image of a video on the hard drive showed a prepubescent female child with her legs spread and her vagina visible. Some of these videos and images were stored in two hard drive folders named "Taboo" and "Very Taboo."

## CONCLUSION

16. Based on the above information, there is probable cause to believe that DONNELL ROJAS committed the following offenses: Transportation of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(1), on or about April 29, 2020, and Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B), on or about March 8, 2021.

Respectfully submitted,

Melia Dickinson,
Detective Grade II
MPDC

Attested to by the applicant in accordance by telephone, this 8th day of March 2021.

G. MICHAEL HARVEY,
U.S. MAGISTRATE JUDGE