AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Corinne Lee Montoni<br><br>_Defendant_ | ) Case: 1:21-mj-00289<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 3/8/2021<br>) Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Corinne Lee Montoni,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding
Title 18 U.S.C. §§ 1752(a)(1) and (2), Entering and Remaining; Disorderly and Disruptive Conduct in Restricted Building or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Disorderly Conduct; Parading, Demonstrating, or Picketing in a Capitol Building
Title 18 U.S.C. § 2(a), Aiding and abetting the commission of these offenses against the United States

Date: 03/08/2021

Digitally signed by G. Michael Harvey
_Issuing officer's signature_

City and state:   Washington, D.C.
United States Magistrate Judge G. Michael Harvey
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/8/21, and the person was arrested on _(date)_ 3/9/21
at _(city and state)_ Lakeland, FL.

Date: 3/10/21

_Arresting officer's signature_

SA Timothy D. Taylor
_Printed name and title_