## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No. 21-mj-289** |
| | : | |
| CORINNE LEE MONTONI, | : | |
| | : | |
| Defendant. | : | |

### GOVERNEMNT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY

The United States of America hereby responds the defendant's Motion for Discovery Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure and Rule 404(b) of the Federal Rules of Evidence [Dock. # 10].

The defendant is charged via complaint with offenses related to crimes that occurred at the United States Capitol on January 6, 2021.   In brief, on that date, as a Joint Session of the United States House of Representatives and the United States Senate convened to certify the vote of the Electoral College of the 2020 U.S. Presidential Election, members of a large crowd that had gathered outside forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. Scores of individuals entered the U.S. Capitol without authority to be there.   As a result, the Joint Session and the entire official proceeding of the Congress was halted until the Capitol Police, the Metropolitan Police Department, and other law enforcement agencies from the city and surrounding region were able to clear the Capitol of hundreds of unlawful occupants and ensure the safety of elected officials.   This event in its entirety is hereinafter referred to as the "Capitol Attack."

The investigation and prosecution of the Capitol Attack will likely be one of the largest in

American history, both in terms of the number of defendants prosecuted and the nature and volume of the evidence.   Over 300 individuals have been charged in connection with the Capitol Attack. The investigation continues and the government expects that at least one hundred additional individuals will be charged.   While most of the cases have been brought against individual defendants, the government is also investigating conspiratorial activity that occurred prior to and on January 6, 2021.   The spectrum of crimes charged and under investigation in connection with the Capitol Attack includes (but is not limited to) trespass, engaging in disruptive or violent conduct in the Capitol or on Capitol grounds, destruction of government property, theft of government property, assaults on federal and local police officers, firearms offenses, civil disorder, obstruction of an official proceeding, possession and use of destructive devices, and conspiracy.

Defendants charged and under investigation come from throughout the United States, and a combined total of over 900 search warrants have been executed in almost all fifty states and the District of Columbia.   Multiple law enforcement agencies were involved in the response to the Capitol Attack, which included officers and agents from U.S. Capitol Police, the District of Columbia Metropolitan Police Department, the Federal Bureau of Investigation, the Department of Homeland Security, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Secret Service, the United States Park Police, the Virginia State Police, the Arlington County Police Department, the Prince William County Police Department, the Maryland State Police, the Montgomery County Police Department, the Prince George's County Police Department, and the New Jersey State Police.   Documents and evidence accumulated in the Capitol Attack investigation thus far include: (a) more than 15,000 hours of surveillance and body-worn camera footage from multiple law enforcement agencies; (b) approximately 1,600 electronic

devices; (c) the results of hundreds of searches of electronic communication providers; (d) over 210,000 tips, of which a substantial portion include video, photo and social media; and (e) over 80,000 reports and 93,000 attachments related to law enforcement interviews of suspects and witnesses and other investigative steps.   As the Capitol Attack investigation is still on-going, the number of defendants charged and the volume of potentially discoverable materials will only continue to grow.   In short, even in cases involving a single defendant, the volume of discoverable materials is likely to be significant.

The United States is aware of and takes seriously its obligations pursuant to Federal Rule of Criminal Procedure 16 and Local Criminal Rule 5.1(a), the provisions of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Giglio v. United States*, 405 U.S. 150, 153-54 (1972), and the Jencks Act, 18 U.S.C. § 3500.   Accordingly, the government, in consultation with the Federal Public Defender, is developing a comprehensive plan for handling, tracking, processing, reviewing and producing discovery across the Capitol Attack cases.   Under the plan, the discovery most directly and immediately related to pending charges in cases involving detained defendants will be provided within the next thirty to sixty days.   Cases that do not involve detained defendants will follow thereafter.[1]   Such productions will also be supplemented on an on-going basis.   In the longer term, the plan will include a system for storing, organizing, searching, producing and/or making available voluminous materials such as those described above in a manner that is workable for both the government and hundreds of defendants.   This latter portion of the plan will require more time to develop and implement, including further consultation with the Federal Public Defender.

---

1        The defendant in this case is not detained.

3

The defendant in this case is charged with violations of 18 U.S.C. § 1512(c)(2) (obstruction of an official proceeding); 18 U.S.C. §§ 1752(a)(1) and (2) (entering and remaining and disorderly and disruptive in a restricted building or grounds); and 40 U.S.C. §§ 5104(e)(D) and (G) (disorderly conduct; parading, demonstrating, or picketing in a Capitol building).

On May 7, 2021, defense counsel entered his appearance in connection with this matter. On that same date, the government provided him with preliminary discovery, consisting of the criminal complaint, arrest warrant, and the affidavit in support of the criminal complaint.

On May 11, 2021, in an effort to expedite the discovery process, the government filed two unopposed motions: (1) a Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials (Dock. # 15); and (2) an Unopposed Motion for a Protective Order (Dock. # 14).   The Court granted these motions on May 12, 2021, and May 24, 2021, respectively.   The protective order will require the defendant's signed acknowledgement before certain discovery items can be shared with the defendant.

The government has reviewed the FBI case file and has identified items to be disclosed to the defense.   The government expects these materials to be forwarded to the defendant in two discovery productions, starting the week of May 24, 2021.   In addition, the government is currently reviewing social media material of the defendant, which was obtained through various lawful means and expects this material to be provided to the defense in a third discovery installment, which will soon follow.   The aforementioned discovery material, which will be provided to the defense, will be responsive to the defendant's specific discovery requests, namely, his requests for Rule 16 material, exculpatory evidence, and notice of evidence of other crimes, wrongs, or acts.   The government would further note that it recognizes the ongoing nature of its

4

discovery obligation and reserves the right to supplement discovery in this case.    In addition, the government agrees that, in the event it intends to offer evidence of other crimes, wrongs, or acts at trial in this matter, the government will provide the defendant with reasonable notice.

WHEREFORE, the government respectfully responds the defendant's motion for discovery.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: _____/s/_____

MICHAEL C. DILORENZO
Assistant United States Attorney
Bar No. md 931214 0189
555 Fourth Street, N.W., Room – 11TH Floor
Washington, DC   20530
Michael.DiLorenzo@usdoj.gov
(202) 252-7809