UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-mj-289 |
| | : | |
| CORINNE LEE MONTONI, | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for October 22, 2021 be continued for good cause to December 2, 2021 at 1 p.m. before Magistrate Judge Faruqui; and it is further

**ORDERED** that the time between October 22, 2021 and December 2, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will afford the parties additional time to engage in the discovery process.

_____
G. Michael Harvey
United States Magistrate Judge