# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-MJ-289 |
| : | |
| **CORRINE MONTONI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Attorney Jeffrey Kiok, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Michael DiLorenzo no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Date: May 17, 2022     By:  */s/ Jeffrey A. Kiok*
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967