## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>CORINNE MONTONI )<br>　　　　　　Defendant. )<br>) | Case No. 1:21-MJ-00289 |

### CONSENT MOTION TO CONTINUE STATUS HEARING

Defendant, Corinne Montoni, by and through her attorney, Bernard F. Crane, hereby moves to continue the status conference currently set for September 26, 2022 several days, to either September 28 or 30, 2022. Government counsel concurs in this motion.

When the current date was set, neither counsel was aware that this date is a religious holiday, during which neither counsel for the Government nor counsel for the defense will be available. All parties are available on either proposed date described above. As the presently set hearing is over a month away, no party will suffer any prejudice due to this brief delay. Defendant hereby waives any prejudice which might be caused by this brief delay, and agrees to exclude and toll the time of the delay from that calculated for computation of Speedy Trial Act purposes.

**WHEREFORE**, Defendant requests as follows:

1. That the Court continue the status conference from September 26, 2022 until September 28 or 30, 2022, and

2. That the time be excluded for Speedy Trail Act calculation purposes.

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following (who also received the same in a separate email from counsel):

                Counsel for the Government:
                Jeffrey Kiok, Esquire, AUSA
                U.S. ATTORNEY'S OFFICE/DISTRICT OF COLUMBIA
                601 D Street, NW
                Washington, DC 20530
                (202) 307-5967
                Email: jeffrey.kiok2@usdoj.gov


                /s/ Bernard F. Crane
                _____
                Bernard F. Crane, Esquire (DC Bar No. 386978)
                    (Attorney for Defendant Montoni)
                10521 Judicial Drive, Suite 105
                Fairfax, Virginia 22030
                Phone (202) 486-6555
                Email berncr@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> CORINNE MONTONI ) <br> Defendant. ) <br> ) | Case No. 1:21-MJ-00289 |

## ORDER

Based on the representations in the Consent Motion To Continue Status Hearing and upon consideration of the entire record, it is hereby

ORDERED, that the Motion is GRANTED this _____ day of August, 2022. The status conference hearing in this case currently scheduled for September 26, 2022 shall be continued for good cause shown until September _____, 2022, with all parties appearing remotely, and it is further

ORDERED, that the time between September 26, 2022 and the date of the continued Status Conference Hearing shall be excluded from calculation under the Speedy Trial Act.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

-1-