# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CORINNE LEE MONTONI,** <br><br> Defendant. | **CR NO. 21-MJ-289** |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, December 20, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, February 21, 2023. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on February 21, 2023, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

Date: December 13, 2022        By: _/s/ Jeffrey A. Kiok_
        JEFFREY A. KIOK
        Attorney Detailed to the U.S. Attorney's
        Office for the District of Columbia
        N.Y. Bar No. 5400221
        601 D Street, N.W.
        Washington, DC  20530
        Jeffrey.kiok2@usdoj.gov
        (202) 307-5967

CERTIFICATE OF SERVICE

On this 13th day of December, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        /s/ *Jeffrey A. Kiok*
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967