# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-mj-00289 |
| **CORRINE MONTONI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David Perri. AUSA David Perri will be substituting for AUSA Jeffrey Kiok.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ David Perri*
David J. Perri
WV Bar Number 9219
United States Attorney's Office
1125 Chapline St., Ste. 3000
Wheeling, WV 26003
(304) 234-0100

## CERTIFICATE OF SERVICE

On this 26th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ David Perri*
>David J. Perri
>WV Bar Number 9219
>United States Attorney's Office
>1125 Chapline St., Ste. 3000
>Wheeling, WV 26003
>(304) 234-0100