IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                               )<br>)<br>CORINNE MONTONI                         )<br>                          Defendant.       )<br>_____) | Case No. 1:21-mj-00289 |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Corinne Montoni, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, February 28, 2023, in the above-captioned matter, for approximately five weeks, until Monday, April 3, 2023 (or a subsequent date suitable to the Court and counsel). Government counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review ongoing discovery productions.

The parties further request that the Court exclude the time until the status conference on April 3, 2023, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

/s/ Bernard F. Crane
_____
Bernard F. Crane, Esquire (DC Bar No. 386978)
          (Attorney for Defendant Montoni)
10521 Judicial Drive, Suite 105
Fairfax, Virginia 22030
Phone (202) 486-6555
Email berncr@aol.com

## CERTIFICATE OF SERVICE

   I hereby certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following (who also received the same in a separate email from counsel):

        Counsel for the Government:

        David J. Perri, Esquire, AUSA
        United States Attorney's Office
        1125 Chapline St., Ste. 3000
        Wheeling, WV 26003
        (304) 234-0100
        Email: david.perri@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-mj-00289 |
| ) | |
| CORINNE MONTONI ) | |
| Defendant. ) | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on February 28, 2023, be continued for good cause to _____, 2023, at _____ p.m.; and it is further

**ORDERED** that the time between February 28, 2023 and _____, 2023 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and afford the parties additional time to review discovery.

_____
**THE HONORABLE G. MICHAEL HARVEY**
**UNITED STATES MAGISTRATE JUDGE**